# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| OLAUDAH MCKENZIE, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | Case No. CV616-086 |
| UNITED STATES OF AMERICA, | ) ) ) | CR615-001 |
| Respondent. | ) ) | |

## ORDER

The undersigned recently recommended that Olaudah McKenzie's 28 U.S.C. § 2255 motion (doc. 326) be denied. Doc. 331. Unfortunately, an administrative oversight resulted in McKenzie's supporting memorandum, doc. 327, not being considered. The report and recommendation (doc. 331) therefore is **VACATED**. The Court directs respondent to file an answer or response within thirty days from the date of this Order. Rule 4(b). McKenzie shall furnish the United States Attorney in Savannah, Georgia, with copies of all further motions or papers filed in this case.

**SO ORDERED**, this  12th   day of July, 2016.

                                                          UNITED STATES MAGISTRATE JUDGE
                                                          SOUTHERN DISTRICT OF GEORGIA