AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OLAUDAH MCKENZIE,

    Movant,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV616-086
CR615-001

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's September 16, 2022 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Movant's objections are overruled, and his 28 U.S.C. § 2255 motion is dismissed. Further, Movant is denied a certificate of appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: September 19, 2022

John E. Triplett, Clerk of Court

(By) Deputy Clerk